**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ERAAA, LLC, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO.: 1:22-cv-01166-JPB |
| | ) | |
| vs. | ) | [On Removal from the Superior Court |
| | ) | of Gwinnett County, Georgia; |
| SELECTIVE WAY INSURANCE | ) | Civil Action No. 22-A-01278-2] |
| COMPANY, a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff ERAAA, LLC, by and through its undersigned counsel, and files this voluntary dismissal WITH prejudice of all claims asserted in the above-captioned action.

This 24th day of April 2023.

Respectfully submitted,

ANDERSEN, TATE & CARR, P.C.

*/s/ R. Matthew Reeves*

R. Matthew Reeves
Georgia Bar No. 598808
S. Lanier Flanders
Georgia Bar No. 703767

Attorneys for Plaintiff ERAAA, LLC

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Phone: (770) 822-0900
Fax: (770) 822-9680
mreeves@atclawfirm.com
lflanders@atclawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that on April 24, 2023, I electronically filed the foregoing **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the Court's CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served upon the following via electronic mail:

Jessica M. Phillips, Esq.
Mark T. Dietrichs, Esq.
Samuel M. Lyon, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309
Jessica.Phillips@swiftcurrie.com
mark.dietrichs@swiftcurrie.com
Samuel.lyon@swiftcurrie.com

This 24th day of April 2023.

Respectfully submitted,

ANDERSEN, TATE & CARR, P.C.

*/s/ R. Matthew Reeves*

______________________________

R. Matthew Reeves
Georgia Bar No. 598808
S. Lanier Flanders
Georgia Bar No. 703767

Attorneys for Plaintiff ERAAA, LLC

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097

Phone: (770) 822-0900
Fax: (770) 822-9680
mreeves@atclawfirm.com
lflanders@atclawfirm.com